458 A.2d 258

Commonwealth v. Davis, Appellant.

Petition for Allowance of Appeal
Denied May 18, 1983.

Submitted April 14, 1981.
George H. Newman, for appellant; Paul J. Susko, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CAVANAUGH and JOHNSON, JJ.

The judgment of sentence of the lower court is affirmed.